**Order entered September 9, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00259-CV

### IN THE INTEREST OF A.R.R., A CHILD

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-14-11946**

## ORDER

We **GRANT** in part appellant's September 6, 2016 motion for extension of time to file

his brief and **ORDER** appellant's brief filed no later than November 18, 2016.

/s/     CRAIG STODDART
        JUSTICE